UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONALD C. WINTER,**<br>**In his Official Capacity as Secretary**<br>**DEPARTMENT OF THE NAVY,**<br><br>**Defendant.** | Civil Action 06-01832 (HHK) |

**ORDER**

Before the court is plaintiff's motion for a temporary restraining order [#2]. Upon consideration of plaintiff's application, the court determines that plaintiff has not met the rigorous requirements for obtaining such an extraordinary remedy. Accordingly, it is by the court this 1st day of November, 2006, hereby

**ORDERED**, that plaintiff's application for a temporary restraining order is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge