IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT, <br><br> Plaintiff, <br><br> v. <br><br> DONALD C. WINTER <br> In his Official Capacity as Secretary, <br> DEPARTMENT OF THE NAVY, <br><br> Defendant. | Civil Action No. 06-01832 (HHK) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that Michael P. Abate, Trial Attorney, an attorney in good standing in the Illinois Bar and an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears in place of Paul A. Mussenden, Assistant United States Attorney, on behalf of the Defendant in this action.

Dated: November 7, 2006                     Respectfully submitted,

 

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

Of Counsel:                                                   /s/ Michael P. Abate
Lieutenant Commander Thomas Leary          MICHAEL P. ABATE
Lieutenant Katy Pasieta                              Attorney, Civil Division
Office of the Judge Advocate General          U.S. Department of Justice
Department of the Navy                              P.O. Box 883
Washington Navy Yard, Bldg 33                  20 Massachusetts Ave., N.W., Room 7302

1322 Patterson Ave., S.E., Suite 3000  
Washington, D.C.  30274-5066

Washington, D.C. 20530  
Telephone: (202) 616-8209  
Fax: (202) 616-8470  
Michael.Abate@usdoj.gov

<u>Attorneys for Defendant</u>