UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DONALD C. WINTER  )<br>In his Official Capacity as Secretary,  )<br>DEPARTMENT OF THE NAVY,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-01832 (HHK) |

**DEFENDANT'S UNOPPOSED MOTION TO FILE OUT OF TIME ITS BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Donald C. Winter, Secretary of the Navy ("Defendant") hereby moves the court for leave to file out of time the attached Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction.

Defendant appeared in front of this court on October 30, 2006 to oppose Plaintiff's request for a temporary restraining order and/or a preliminary injunction. At that time, Defendant filed an affidavit, but not a brief, in opposition to Plaintiff's motion. This court denied Plaintiff's request for a temporary restraining order on November 1, 2006.

On November 6, 2006, undersigned counsel took over the case from the United State's Attorney's Office for the District of Columbia. Undersigned counsel conferred with Plaintiff's counsel in an unsuccessful attempt to agree on a schedule for further proceedings. After Plaintiff moved for expedited discovery on November 10, 2006, Defendant filed a motion for an extension of time to file its opposition to Plaintiff's request for expedited discovery and an

extension of time, out of time, to file its brief in opposition to Plaintiff's request for a preliminary injunction. That motion is still pending.

Defendant has completed its preparation of its brief in opposition to Plaintiff's motion for a preliminary injunction and requests permission to file that brief out of time at this time. Defendant has conferred with Plaintiff, who consents to the filing of the attached brief.

Dated November 22, 2006                             Respectfully Submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    JEFFERY A. TAYLOR
                                                    United States Attorney

                                                    VINCENT M. GARVEY
                                                    Deputy Branch Director

Of Counsel:                                         /s/ Michael P. Abate
Lieutenant Commander Thomas Leary                   MICHAEL P. ABATE
Lieutenant Katy Pasieta                             Attorney, Civil Division
Office of the Judge Advocate General                U.S. Department of Justice
Department of the Navy                              P.O. Box 883
Washington Navy Yard, Bldg 33                       20 Massachusetts Ave., N.W., Room 7302
1322 Patterson Ave., S.E., Suite 3000               Washington, D.C. 20530
Washington, D.C. 30274-5066                         Telephone: (202) 616-8209

                                                    Attorneys for Defendants