UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DONALD C. WINTER )<br>)<br>Defendant, )<br>) | Civil No.: 06CV 1832 (HHK) |

**PLAINTIFF'S CONSENT MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR AN ENLARGEMENT OF TIME TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR INJUNCTIVE RELIEF**

Pursuant to the Federal Rules of Civil Procedure 6, Plaintiff, Chaplain Gordon James Klingenschmitt, by and through his attorney respectfully moves for an enlargement of time to Reply to Defendant's opposition to his motion for injunctive relief (document number 3 on the Court's docket).

Plaintiff's counsel has had numerous professional commitments and deadlines which required substantial amounts of time this past week, including drafting a summary judgment motion in another case. In addition Plaintiff's Counsel moved his office.  In support of this Motion, plaintiff relies on the accompanying Memorandum of Points and Authorities and the entire record herein.

# PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS CONSENT MOTION TO ENLARGE THE TIME TO REPLY IN SUPPORT OF HIS MOTION FOR INJUNCTIVE RELIEF

1. Pursuant to Rule 6 of the Federal Rules of Civil Procedure, a filing deadline may be extended for good cause shown if the request is made before the expiration of the period originally prescribed.

2. Pursuant to the Federal Rules of Civil Procedure, Rule 6(a) Plaintiff's Reply is due on December 5, 2006.

3. Plaintiff seeks a short extension of three days.

4. Plaintiff has not yet finished his Reply. Plaintiff respectfully requests additional time to complete his Reply.

5. Plaintiff's counsel spent considerable time moving and setting up his new law office in the past week to the Law Office of William P. Farley, P.C., 1350 Connecticut Avenue, N.W., Suite 200, Washington, D.C. 20036 (202) 775-1550, (202) 775-0008 (fax).

6. Plaintiff's counsel also had numerous professional commitments including drafting a summary judgment motion, filing a reply in this case, and being sworn into the Maryland federal courts.

7. The proposed extension would not affect any scheduled court date.

8. Defendant consents to the proposed enlargement.

WHEREFORE, Plaintiff respectfully requests that the deadline to file his Reply and file his Opposition to Defendant's Motion for Summary Judgment in this matter be extended to December 8, 2006.

## CONCLUSION

Accordingly, Plaintiff requests the Court to grant his motion for an enlargement of time.

A draft order is attached.

                                                Respectfully submitted,

                                                /s/ William P. Farley  
                                            Law Office of William P. Farley, P.C.  
                                            1350 Connecticut Avenue, N.W.  
                                            Suite 200  
                                            Washington, D.C. 20036  
                                            (202) 775-1550  
                                            (202) 775-0008 (fax)  
                                            farley@dccounselor.com  
                                            Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT** )<br>)<br>)<br>**Plaintiff,**                                               )  Civil No.: 06CV 1832 (HHK)<br>v.                                                                    )<br>)<br>**DONALD C. WINTER**                                 )<br>)<br>**Defendant,**                                             )<br>                                                                       ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for an enlargement of time, Defendant's

Consent, it is the ___ day of _____, 2006 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED;** and it is

**FURTHER ORDERED** that Plaintiff's shall file his Reply in Support of His Motion for

Injunctive Relief [3] on or before December 8, 2006.


_____
The Honorable Henry H. Kennedy
Federal District Court Judge - District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Consent Motion for an Enlargement of Time To: File His Reply in Support of His Motion for Injunctive Relief was served on all parties pursuant to the court's rules via electronic transmission, on this 5th day of December 2006 to:

>Michael P. Abate
>Trial Attorney
>United States Department of Justice
>Federal Programs Branch
>PO Box 883
>Washington, DC 20530
>Tel: (202) 616-8209
>Fax: (202) 616-8470
>michael.abate@usdoj.gov

    /s/ William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff