**Appendix J: Proof the Naval Chaplain School Director CAPT Chaplain Bert Moore mandates upon all junior chaplains the Unitarian Universalist Theology of Harvard Seminary's 'Totalitarian Pluralism.'**

| Slide | Annotation |
|---|---|
| **LT 2.27** — Introduction to Pluralism / Pluralism Workshop | Naval Chaplain School officially endorses Harvard Seminary's "Pluralism Project" and forces lectures on all junior chaplains. |
| **Enabling Objectives** — Display in the written and spoken word, appropriate sensitivity to the pluralistic environment of the sea services. Design and deliver a pluralistically sensitive morning invocation or benediction on assigned civic topic. | To successfully complete this exercise, you must actually pray to the "civic God" of Pluralism. |
| **Unique Issues** — Pluralistic setting; Sensitivity to needs; Sensitivity to audience; Civic Occasion; Cooperation without Compromise | Pray how the audience wants, not how your conscience requires. Compromise to pray how the government is telling you, but don't admit it's a compromise. |

1

**Unique Settings**

- Invocations and Benedictions
- Prayers at Sea
- National Holidays
- Military Occasions
- Know your CONTEXT!
- Context determines CONTENT!

*Your audience of people should determine how you pray, not your church, not your bishop, not your seminary, and certainly not your God. Not your faith, conscience, religion, denomination......*

**Sensitivity to Language**

- Sexual Inclusivity
- Racial/Ethnic Inclusivity
- Religious Inclusivity
  - forced presence
  - use of diverse literature
  - alternative prayer endings
- Not intended to dictate theology!

*Don't change your theology, just change how you pray! Pray the way the Director of Naval Chaplain school dictates, or he'll call your C.O. to advise you be disciplined (mentored).*

**Pluralism Workshop Assignment**

Required materials:
- Pluralism Workshop Critique Form
- Group Assignment
- 10 minute time limit
- Brief historical introduction of civic event
- Invocation or Benediction

*The smoking gun "critique form" that sat on the [clipboards] of senior chaplain "evaluators" who graded us on our prayers!*

2

**Individual Assignments**
- Pluralism Workshop assignments
  - Turn in to Basic Course Instructors a copy at least 24 hours in advance.
  - Use available resources
- Critique sheets
  - Timeliness (10 minutes)
  - Appropriateness
  - Inclusive
  - Professional demeanor

*Naval Chaplains School Basic Course*

Here junior chaplains are critiqued by senior chaplains on how they pray. If they pray to "God" they are praised. If they pray "in Jesus name" they are counseled. Are senior chaplains our bishops?

**Past encountered problems**
- Too secular
- Inappropriate use of humor
- Historical inaccuracies
- Theologically exclusive

*Naval Chaplains School Basic Course*

We're not dictating theology, but some theologies are deemed problematic. Praying "in Jesus name" is clearly problematic. The U.S. government has decided which theologies are "OK for public expression" and which are "too exclusive to be granted equal access or equal opportunity."

**Summary**
- Unique settings
- Sensitivity to language
- Assignments

*Naval Chaplains School Basic Course*

☆ One of our "assignments" was to visit the Harvard Seminary website on the "Pluralism Project," and learn about Unitarian Universalist Theology! ☆

3

**LT 2.27a Public Prayer in a Pluralistic Society**

*A second hour of mandatory lectures on "How to pray government-sanitized prayers" to the Unitarian Universalist religion of Harvard Seminary's "Pluralism Project"*

**Public Prayer Guidelines**

- "Public prayer in a pluralistic society must be sensitive to a diversity of faiths. Leading public prayer is both a privilege and a responsibility."
  Pamphlet "Guidelines for Civic Occasions"
  National Conference of Christians and Jews

*"Must" sounds pretty mandatory. Pluralism lectures are mandatory. We "must" pray pluralistically, following Harvard Seminary's Unitarian-Universalist formula, or we're violating officially endorsed, government-sanitized Navy-approved religion. Jesus is not approved. Jesus is disapproved.*

**General Public Prayer Guidelines**

- Civic public prayers should seek the highest common denominator without compromise of conscience.
- Civic public prayers call upon God on behalf of the particular public gathered; avoids individual petition.

*pray to God, not to Jesus.*

*pray as the crowd averages, not as your bishop taught you.*

1

*Read the white paper sending shock waves through the Naval Chaplain Corps:* www.persuade.tv

J4

**General Public Prayer Guidelines**

- Civic public prayers use forms and vocabulary that allow persons of different faiths to give assent to what is said.
- Civic public prayers use inclusive terms and vocabulary.
- Civic public prayers seek alternative inclusive endings- as simple as "Amen."

Don't end your prayers by saying "in Jesus name," just say Amen.

**General Public Prayer Guidelines**

- Civic public prayers use creative alternatives, including "Moments of silence."
- Civic public prayers remain faithful to the purpose of acknowledging Divine presence in seeking blessings not preaching or testimony.

"Civic prayer" is an oxymoron. "Government Religion" is a constitutional crisis. The crisis has arrived. The government has endorsed the Unitarian Universalist model of prayer, and enforces it on all junior chaplains.

Bottom line: You must pray to the government-approved version of "God" or you'll be denied equal opportunity, denied equal access to the public microphone, and the Naval Chaplain School Director, CAPT Chaplain Bert Moore, will call your C.O. and recommend you be disciplined (mentored). If you pray "in Jesus name" you violate official Navy doctrine. Notice they didn't quote Title 10, US Code, Section 6031 Chaplains: "An officer in the Chaplain Corps may conduct public worship according to the manner and forms of the church of which he is a member." [2]

**Where do I get information?**

- Central Intelligence Agency: www.cia.gov
- United States Army: www.usachcs.army.mil
- United Nations: www.un.org
- (Pluralism Project: www.pluralism.org)

This slide is a smoking gun. It points to the source of their enforced theology → HARVARD SEMINARY'S UNITARIAN UNIVERSALIST PLURAISM PROJECT. Enforces that denomination's views over all others! WITH GOVERNMENT POWER.

8

## HOW DO THEY ENFORCE THESE LECTURES?

*<u>My resistance to, and protest of, this government-mandated 'theological sensitivity training' was punished...</u>* I politely and professionally resisted such unlawful but mandatory instruction on 'how to pray government-censored prayers,' on obvious First Amendment grounds, by writing an academic paper citing my rights under Title 10 US Code Section 6031, which says <u>"An officer in the Chaplain Corps may conduct public worship according to the manner and forms of the church of which he is a member."</u> I stated my prayers are obvious acts of public worship, and therefore I'd dare to pray publicly 'in Jesus name,' because we live in America where religious diversity is valued, not in Communist China or the Soviet Union where totalitarian religious police forbid, censor, and punish any diverse forms of public prayer.

But CAPT Chaplain Bert Moore later complained to my CO CAPT James M. Carr, citing **zero** other performance problems during my three months attending his Chaplain School, complaining only of my academic paper in which I dared to claim a Title 10 legal right to publicly pray 'in Jesus name.' Chaplain Moore expressed concern to my CO that I was an 'immature chaplain' (i.e. theologically) and 'needed more mentoring' (i.e. on how to pray government-sanitized prayers). So my CO (who has no formal theological education) eagerly provided intrusive theological mentorship, telling his Christian chaplain not to pray New Testament Christian prayers in public, that I should only pray Old Testament Jewish prayers! And he simultaneously denied my proposal to grant equal opportunity to diverse faiths, including our Muslim, Jewish, and Wiccan Sailors, to say the evening prayer.

***My CO verbally cited Chaplain Moore's remark against me during my out-brief explaining his unfavorable recommendation that I be denied continuation on active duty, essentially because I dared to pray publicly 'in Jesus name'*** against the unethical and unconstitutional teaching of Chaplain Moore, who abused his rank to mandate I pray 'government-sanitized prayers' to his Unitarian-Universalist God, and hijacked my CO's rank to recommend I be removed from active duty for theological non-conformity to his government-endorsed religion of Totalitarian Pluralism.

<u>Civilian endorsing bishops, your junior chaplains already attended your seminary, so why must they now attend mandatory 'Harvard Seminary classes' at Naval Chaplain School, forcing them to pray like Unitarian Universalists</u>?

Question: How can commanding officers and senior chaplains mandate, lecture, counsel, censor, and punish junior chaplains (and lay-leader Sailors) for refusing to publicly pray 'government-sanitized' prayers? *If you don't think their unconstitutional but Official Naval Prayer Doctrine punishes all diverse faiths, ask the Muslim Chaplain candidate who attended in 2002, who our instructor said didn't like it either.*

Appendix K discusses the legal future of the evening prayer at sea. Read that next.

*Read the white paper sending shock waves through the Naval Chaplain Corps:  www.persuade.tv*