# FITNESS REPORT & COUNSELING RECORD (E7-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) KLINGENSCHMITT, GORDON J | 2. Grade/Rate LT | 3. Desig 4105 | 4. SSN 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 |
|---|---|---|---|

| 5. ACT [X]  TAR [ ]  INACT [ ]  AT/ADSW/265 [ ] | 6. UIC 62688 | 7. Ship/Station NAVSTA NORFOLK | 8. Promotion Status REGULAR | 9. Date Reported 05APR01 |
|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Detachment of Reporting Senior [ ] | 13. Special [ ] | 14. From: 05JUL23 | 15. To: 06JAN31 |

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X]   18. Concurrent [ ]   19. Ops Cdr [ ] | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) PYLE, L E | 23. Grade CAPT | 24. Desig 1310 | 25. Title CO | 26. UIC 62688 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Support the readiness of operating forces of the U. S. Atlantic Fleet to include 69 homeported ships, 16 aircraft squadrons, 125 tenant commands and over 54,000 active duty personnel.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
STAFF CHAPLAIN    Staff Chaplain-6; Chapel Pastor-6; Duty Chaplain-6.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. [ ] | - [ ] | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. [ ] | - [X] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [ ] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [X] | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | - [ ] | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | - [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [ ] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. [ ] | - [ ] | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. [ ] | [X] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [ ] |

NAVPERS 1610/2 (03-02)

# FITNESS REPORT AND COUNSELING RECORD (E7-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| KLINGENSCHMITT, GORDON J | LT | 4105 | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | - | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | - | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| NOB ☐ | ☐ | ☐ | ☐ | X | ☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. | - | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. | - | - Fully qualified at appropiate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. |
| NOB X | ☐ | ☐ | ☐ | ☐ | ☐ |

| 40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School. | FMF CHAPLAIN |
|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

```
Performs as staff chaplain in the Religious Ministry Department of Naval Station Norfolk.
- Served as preacher and liturgist at primary Sunday morning worship service.
- Provided counseling and instruction to Sailors and family members on issues including
personnel casualty, marriage, grief, suicide prevention, and disaster recovery.
- Led volunteers in providing assistance at the local Union Mission shelter and provided
chaplain services for official Navy events, including change of command, promotion and
retirement ceremonies and officiated at weddings, funerals and memorial services.
- Managed and approved budgeted departmental credit card expenditures. Completed graduate
level course at local university.
(Block 35) While he exhibits enthusiasm and expends maximum effort in support of personal
goals and convictions, he fails to meet standards in military bearing. Specifically:
- Respect for the uniform. Intentionally removed his uniform in a public setting and in
the presence of media.
- Openly challenged the authority of his chain of command. Examples include: a statement
that he answers only to the President and repeated use of intemperate language in the
media, in reference to senior leadership.
LT Klingenschmitt needs to improve his military bearing and professionalism in order to
become a more effective Naval Officer.
```

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | X | | | COMMANDING OFFICER<br>NAVAL STATION NORFOLK<br>1530 GILBERT ST STE 2000<br>NORFOLK, VA 23511-2722 |
| 43. SUMMARY | ☒ | 0 | 0 | 1 | 0 | 1 | |

| 45. Signature of Reporting Senior | 46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement. ☒  do not intend to submit a statement. |
|---|---|
| [signature] Date: 3 Feb 06 | [signature] Date: 3 Feb 06 |

| Member Trait Average: 3.17 | Summary Group Average: 3.84 |
|---|---|

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (03-02)

R