Appendix E:  Poor 'Theological' Fitness Report

After 11 years of great Air Force fitreps, and 2 years of great Navy fitreps[1] (including the previous one signed by CAPT Carr himself) I suddenly received the first downgraded evaluation of my lifetime.  Here it is.  Six key points to help interpret the fitrep are here:

1.  The description of this fitness report as 'poor' is a word chosen by CAPT Carr, (not by Chaps), taken from a quote in his 7 July 04 secret Letter of 'Theological' Instruction to Chaps,[2] in which CAPT Carr states in item 9:
```
"Continued failure of ANZIO Command Religious Ministries Program would
lead me to evaluate your professional performance as poor."
```

2.  Note in block 30, the date of counseling 7 July 04 directly corresponds to the Letter of 'Theological' Instruction.[3]

3.  Note in block 42, Chaps is rated "1 of 1 MP" or "Must Promote."  This is a downgrade from the "1 of 1 EP" which CAPT Carr gave Chaps a year earlier.  This substandard rating is a direct signal to a promotion board (the first thing that board will look at) that the CO didn't like me.  It's like saying "Yes, headquarters allocated to me one 'EP' (Early Promote) rating to give away to any Chaplain, and I only had one chaplain working for me, but I chose to throw it away rather than spend it on this guy."  You may think 'must promote' sounds pretty good, but the CO acknowledged to me during the outbrief, this is a very negative fitness evaluation.  When I said, "this rating will kill my career, and I'll never get promoted" CAPT Carr agreed and said, "you're right, this fitrep isn't a good start to your career as a Navy chaplain."

4.  Notice two theological phrases in block 41 that send a bad signal to the board:
	a. "LT Klingenschmitt is making progress in improving the appeal of this very important program to a broader audience in ANZIO's crew."  Understood together with the 1 of 1 MP rating, any board will clearly understand he's saying "LT Klingenschmitt's programs didn't appeal to the crew."  But aggressive crew participation in my volunteer programs won many awards other chaplains didn't win.  How?  What he really means is, a portion of the crew didn't enjoy hearing evangelical sermons in my optional church services.  Those are the 'programs' he's unhappy with, as if he thinks the CO has a right to punish a chaplain for his sermons, or evaluate them at all, when my bishop evaluates my sermons very highly, and so did many Christians who voluntarily attended them.
	b. "He has set a goal to inspire the crew with a more positive message."  Understood together with the 1 of 1 MP rating, any board will clearly understand he's saying "Chaplain Klingenschmitt preaches a negative message."  Here the CO punishes my sermons with a poor fitrep!  This statement directly correlates to his 7 July 04 Letter of Theological Instruction (Appendix D), paragraph 4, where he punished my sermon at the optional memorial service, and paragraph 8 where he labeled my quoting of Jesus' teachings about hell during voluntary counseling sessions a 'negative or exclusive message.'  How dare a chaplain quote the Bible during his optional sermons or voluntary counseling!  CAPT Carr tramples underfoot the First Amendment of the Constitution he

---

[1] See Appendix O for my 13 previous years of great fitness reports.
[2] See Appendix D for secret letter of 'theological' instruction.
[3] See Appendix D.

*Read the white paper sending shock waves through the Naval Chaplain Corps:* www.persuade.tv

swore to uphold, by enforcing government-sanitized religion upon the preaching and sermons of the church.  And he violates public law:  Title 10 US Code Section 6031 Chaplains:  "An officer in the Chaplain Corps may conduct public worship according to the manner and forms of the church of which he is a member."  My bishop requires I preach all the scriptures, not just the positive ones.  The law says I may preach without penalty, but CAPT Carr punishes me for my sermons, and breaks the law.

5. Notice in block 34, CO rates me 'above standards' for Equal Opportunity, finding no grounds to file an EO complaint or religious harassment complaint against me, after two crew surveys about me.  (That's because I only talked about religion after 'invitation-acceptance,' yet I did boldly preach the gospel during optionally attended meetings.)

6.  During my fitrep debrief, I expressed disappointment at receiving a poor evaluation, saying to my CO, "Sir, I know I'm a good priest, but I hear you telling me I'm a bad officer."  To which Captain Carr replied, "No, I'm saying the opposite.  All these volunteer awards you're winning for the ship prove to me you're a very good officer, but I'm saying your performance is substandard as a priest."  (i.e., my sermons, my prayers, etc.)  His statement here is a smoking gun.  It reveals his complete misunderstanding of his authority over religious matters.  Isn't it my bishop's job, to evaluate how faithfully I preach the gospel, not my CO's?  My bishop requires my sermons faithfully adhere to the text of scripture.  But my CO and senior chaplains were disappointed when I preached John 3:36 in the base chapel, and directed I be punished.  This proves my CO abused his command and became an adjudicator of religious sacrament.  If he thinks I'm a very good officer, he should've rated me such, and let my bishop decide if I'm a good minister.  (And by the way, my bishop thinks I'm a great priest.)

And now, the poor 'theological' fitness report...followed by orders relieving me of duty.

# FITNESS REPORT & COUNSELING RECORD (E7-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) KLINGENSCHMITT, GORDON J | 2. Grade/Rate LT | 3. Desig 4105 | 4. SSN [redacted] |
|---|---|---|---|

| 5. ACT: X | TAR | INACT AT/ADSW/265 | 6. UIC 21658 | 7. Ship/Station CG 68 ANZIO | 8. Promotion Status REGULAR | 9. Date Reported 03MAR18 |
|---|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic X | 11. Detachment of Individual | 12. Detachment of Reporting Senior | 13. Special | 14. From: 04FEB01 | 15. To: 05JAN31 |

| 16. Not Observed Report | Type of Report 17. Regular X | 18. Concurrent | 19. Ops Cdr | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) CARR, J M | 23. Grade CAPT | 24. Desig 1110 | 25. Title CO | 26. UIC 21658 | 27. SSN [redacted] |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
SRA-1, Sea Trials, CO's UW, Ammo Onload, FMAV-1, I/A, U/D, CART II, USW TSTA I, USW TSTA II, FEP, BFIE-U, CMTQ, NSFS FIREX II, ATFP Phase II, JMC 043, CNO Hi-Pri Port Visit. Battle "E" 2003, CNSL Battenburg Cup Nominee 2003, Sixth Consecutive Golden Anchor Award.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
CHAPLAIN    PRI - Cruiser Command Chaplain.  COL - Community Relations (COMREL) Coordinator, Damage Control Training Team (DCTT), Health Council, Alcohol Alternatives Council, AMCROSS Administrator, Burial At Sea Coordinator.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 04JUL07 | 31. Counselor CARR, J M | 32. Signature of Individual Counseled [signed] |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge, proficiency, and qualifications. NOB | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. | X | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | X | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | X | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. | | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. X |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. | | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. | | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. X |

NAVPERS 1610/2 (03-02)

# FITNESS REPORT AND COUNSELING RECORD (E7-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| KLINGENSCHMITT, GORDON J | LT | 4105 | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br><br>NOB ☐ | ☐ | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems.<br><br>NOB X | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. | ☐ | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. | ☐ | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.   FMF CHAPS      BRIG CHAPS

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

In a professional and positive response to a command climate survey on the Command Religious Ministries Program, LT Klingenschmitt is making progress in improving the appeal of this important program to a broader audience in ANZIO's crew. This year he specifically opened his Protestant Bible Study to sponsor group discussions with members of Jewish, Muslim, Catholic, and Orthodox faiths, enhancing crew understanding and fostering an inclusive atmosphere. He has set a goal to inspire the crew with a more positive message. He responded to 26 American Redcross messages for ANZIO Sailors and conducted suicide awareness training during new-Sailor indoctrination courses. He served on the ship's DCTT. He continues to lead Norfolk's most aggressive Military Organization Community Relations Volunteer Program, leading two sizable teams into community volunteer activities every week. Largely thanks to his direct contribution, ANZIO won four prestigious awards this year, three for outstanding volunteerism (Hampton Roads and CNRMA Volunteer Organization of the Year) and one for the ANZIO Alternatives to Alcohol Strategy (RADM Thompson PAO Award). Additionally, ANZIO is now a double-nominee for the Navy-wide Bainbridge Award for volunteerism.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | X | | COMMANDING OFFICER<br>USS ANZIO (CG-68)<br>FPO AE  09564-1188 |
| 43. SUMMARY | ☒ | 0 | 0 | 0 | 1 | 0 | |

45. Signature of Reporting Senior   _signature_   Date: 1/31/05

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."  I intend to submit a statement. ☐   do not intend to submit a statement. X   _signature_   Date: 18 Feb 05

Member Trait Average:      Summary Group Average:

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (03-02)