

**The Evangelical Episcopal Church**
7645 N. Union #101
Colorado Springs, Colorado 80920
(719) 495-2712   Office / Fax
eecinfo@evangelicalepiscopal.org

August 31, 2005

Commander, Navy Region Mid-Atlantic
1510 Gilbert St.
Norfolk, VA 23511

Rear Admiral Turcotte; → Ruehe

This letter expresses our grave concern regarding the well-documented improprieties of the former Commanding Officer of the USS ANZIO toward one of our priests, Navy Chaplain LT Gordon James Klingenschmitt. We've reviewed the documentation, and it seems obvious that CAPT James Carr punished Chaplain Klingenschmitt for preaching the gospel at an optionally attended worship service in the base chapel, for declining to attend a mandatory church service that conflicts with our beliefs, for requesting Kosher meals to feed a hungry Jewish Sailor, and for the Chaplain's Christian manner of offering public prayers.

Our agreement with the Navy, and our understanding of the Navy's agreement with us, is that when we endorse our priest to serve in the military that they will be permitted to conduct public worship according to the manner and forms of The Evangelical Episcopal Church, and provide for the free exercise of religion for service members of diverse religious traditions.

The First Amendment of the Constitution guarantees the right to the free exercise of religion, therefore it is unlawful to punish a Chaplain for expressions of his faith in sermons, prayers, or attendance of religious services contrary to his personal ethics and Church's Code of Conduct. For the government to find "no merit" in the Chaplain Klingenschmitt's claims suggests Commanding Officers are above the Constitution and the regulations for their perspective branches of service.

Please therefore honor this direct request, that Chaplain Klingenschmitt's religious rights be fully upheld, and grant him full restitution of those wrongs committed against him. We're confident in your abilities as a fair man who respects the Constitution, and therefore we know you'll agree with us, to stand behind Chaplain Klingenschmitt on all these important matters of religious freedom.
Thank you,

*Emily A. Grider*

Mrs. Emily A. Grider
Registrar / Ecclesiastical Endorser
The Evangelical Episcopal Church