Appendix R:  Proof CAPT Carr denied equal opportunity to ALL Sailors, denied equal access to ALL religions, refusing to share the evening prayer

---

**Klingenschmitt, Gordon James LT**

Subject:         Evening prayer open to all faiths...

Sailors of the Mighty ANZIO !

Again, in my eagerness to positively respond to our recent Command Religious Survey, I'd like to open the floor to a wider religious discussion, specifically on the 1MC during the evening prayer.

If YOU want to say an evening prayer that represents YOUR faith tradition, and prays to YOUR God or god or goddess or gods, I hereby invite you to WRITE AND SAY AN EVENING PRAYER on the 1MC.

Prayers must be less than 2 minutes in length, and written/printed ahead of time in large dark print.
While prayers will not be edited by the Chaplain, they will be reviewed by the Chaplain before-hand.
Your name and faith group will be announced before you say your prayer, to allow us to better identify the belief being represented.

And the good news, you can pray to your own God!  We will listen respectfully, and may or may not pray along with you.

If you're interested, please
1) Write your evening prayer in MS Word.
2) Forward it to Chaps for review.
3) Be willing to meet Chaps 15 minutes before YOUR scheduled date.

You asked for it, you got it!
Chaps is here to facilitate for all faith groups!

Very respectfully,
Chaplain Klingenschmitt

---

*Question: Why did CAPT Carr reject entirely this draft email proposed by the Chaplain? (LCDR R.B. eyewitness.) He denied equal opportunity to share the evening prayer with Jewish, Muslim, and Wiccan Sailors, and instead told the Christian Chaplain to say only Jewish prayers, "because hearing New Testament prayers made something squirm inside him." This is proof that "Pluralism" actually punishes diversity and enforces religious conformity to Unitarian Universalism! (See Appendix J for proof.)*

1

Another indicator of CAPT Carr's bias against "extreme" religions...

---

**Klingenschmitt, Gordon James LT**

**Subject:** Alternative religions classes

Sailors of Mighty ANZIO !

In my eagerness to positively respond to some people's requests on the recent Command Religious Program survey, I would like to open the floor to all faiths for a wider religious discussion. Specifically, I would like to invite crewmembers of any faith group, (ANY faith group), to come and teach a one-hour class about YOUR religion, to all interested hands, during the Bible Study hour in Woody's foxhole (or on the mess decks if the inspectors are still in Woody's), starting this week!

Stipulations include: no stipulations! Just come prepared to teach us what you know about your faith group, for up to one hour!
I'm hoping for volunteers to teach about: Islam, Judaism, Buddhism, Mormonism, ~~Wicca~~, ~~Paganism~~, Catholicism, and ANY other non-Protestant faith group.
So if YOU want to teach a crowd of interested ANZIO listeners what you believe, please reply to this email and tell chaps what subject religion you want to represent.
The scheduled classes (starting this week!) will be advertised on the 1MC and all hands will be invited to hear guest speakers, and ask questions.
Quarreling will be discouraged, but open discussion and challenging questions are highly encouraged.

You asked for it, you got it!
Chaps is here to facilitate for all faith groups!

Very respectfully,
Chaplain Klingenschmitt

*Question: Why did CAPT Carr draw XX's through two of the religions on this sheet, before approving this draft email proposed by Chaps? Is he biased against "extreme" religions?*
*(LCDR R.B. eyewitness)*