2.27



**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, D.C. 20350-2000

IN REPLY REFER TO

MAY 26 1998

Dear Chaplains,

From time to time the question is raised regarding exclusionary prayer in a public setting. That is, can Christians, for instance, end their public prayers in Jesus' name? This can be troubling for some because while there is a willingness to minister to a diverse group of people, there is also a desire to remain faithful to one's identity.

I cannot tell you what you must do, but offer this paper from the Executive Director of the Armed Forces Chaplains Board for your consideration. It is well written and thought provoking. I hope you find it useful. Thank you for your faithful service on behalf of your people.

Sincerely,

A. B. Holderby, Jr.

A. BYRON HOLDERBY, JR.
Chief of Chaplains, Acting

*"Celebrating the 25th Anniversary of Women Chaplains in the Sea Services."*

# TALKING PAPER

## PUBLIC PRAYER IN MILITARY CEREMONIES AND CIVIC OCCASIONS

**Background.** From time to time, it is important to review "the basics" of our calling and commissioning into the military services. One such basic plank of institutional ministry is the opportunity we chaplains have to participate in a myriad of public traditions, ceremonies, and customs of military life. We are often invited to contribute with the offering of public prayer. These occasional ministries, whether they take the form of evening prayers at sea aboard ship or during a formal change of command, almost always take place in a religiously plural context. Unlike our role within the context of faith-specific worship settings, the offering of public prayer at these more secular events calls for a particular sensitivity. This is a burden unique to those who perform their ministries outside the traditional parish setting and in the institutional environment of the military.

**The Opportunity.** Chaplains in the military have traditionally enjoyed full access and integration into all aspects of military life. Although we do not assume command, we are nevertheless organizationally part of the immediate staffs of those who command. Our access and influence, both vertical and horizontal, extend beyond the decision-making processes of command and control, and into the fabric of military life, to include its many rituals and ceremonies. It is not unusual for chaplains to be invited to offer prayers at retirement ceremonies, military changes of command, commissioning ceremonies, dedications of new military construction, and memorial observances which are civic in nature. We become part of the ritual of military life.

**The Challenge.** In this particular area of opportunity, there have been occasions when chaplains have felt the pinch of tension in providing a public prayer for a secular event. In this context chaplains have felt the tug of remaining consistent with one's faith tradition and practice, while at the same time recognizing the awkwardness of offering prayer(s) which may potentially exclude as much as it affirms those present. How is a chaplain to remain faithful to ecclesiastical norms and at the same time honor the religious sensitivities and diversity of the assembly? How can a prayer be faith-specific in content and yet not perceived to be proselytizing, insensitive, or offensive?

**Discussion.** It is not the purpose of this talking paper to be *exhaustive* of every nuance exploring this issue. It is our intention to be *suggestive* of certain factors which, we believe, will facilitate healthy professional discussion of this important dimension of our ministries. At all costs, we should seek to avoid recrimination of each other. Out of our diversity, our religious communities offer different approaches. The chaplaincy has always affirmed our religious diversity. It is in this spirit that we suggest a consideration of this matter through the following categories:

**The Context/Setting.** Some military ceremonies which include invocations and benedictions, are civic in nature. They may require mandatory formations of the military community. Within this context, we suggest the following:

- Offering of prayers on ceremonial occasions is not military policy, but rather of tradition. That is appropriate in that the Department of Defense maintains a policy of neutrality—neither requiring public prayer on ceremonial occasions nor prohibiting its practice if desired by those responsible for organizing the event.
- The Department of Defense and its military Services must carefully balance the requirements of the First Amendment, neither mandating the establishment of religious practice nor prohibiting members of the military from exercising their rights of free exercise.
- The chaplain's involvement at all such events is voluntary. However, when chaplains participate, Department of Defense directives require that chaplains be cognizant of "the pluralistic military environment."
- All matters associated with the event are subject to the desires of the organizers of the event and the prerogative of the installation/unit commander.
- There are legitimate reasons chaplains can participate freely or withdraw entirely from certain public ceremonies and military observances.
- There is no justification for chaplains to transform such non-faith-specific observances to reflect the chaplain's denominational commitment without providing for the distinction in a manner consistent with a religiously plural gathering. Both the nature of the observance and the expectations of the participants would be violated.
- If the chaplain cannot discover a way to be inclusive of all participants, the chaplain ought not to participate in the secular event as a prayer giver.
- Chaplains who exclude themselves for such reasons must never be subject to retribution or recrimination.

**The Chaplain Who Prays.** There are specific military directives which regulate and protect our faith group integrity. These directives provide for chaplains to care for their respective faith groups in a manner consistent with its tenets and practices. In the context of divine services, the occasion demands faith-specific proclamation, prayer, speech, sacred music, or teaching. However, a Memorial Day observance, for example, established as a military ceremony, precludes faith-specific proclamation, prayer or teaching. Many resources and guidelines are available to the chaplain who prays in such a public forum. Certainly, there are faith-specific ecclesiastical guidelines available to each of us. Although not legally binding we share in common additional guidelines which deserve mention here:

- The Covenant and The Code of Ethics for Chaplains of the Armed Forces, provided as a project of The National Conference on Ministry to the Armed Forces, addresses many salient points under discussion such as, "I will hold in trust the traditions and practices of my religious body." And, "I understand as a chaplain in the Armed Forces that I must function in a pluralistic environment with chaplains of other religious bodies to provide ministry to all military personnel and their families entrusted to my care." And, "I will, if in a supervisory position, respect the practices and beliefs of each chaplain I supervise, and exercise care not to require of them any service or practice that would be in violation of the faith practices of their particular religious body."
- Guidelines for Civic Occasions, provided by the National Conference of Christians and Jews (NCCJ) emphasizes that public prayer in this context is both "a privilege and a responsibility." NCCJ encourages that general public prayer ---

- ◆ seeks the highest common denominator without compromise of conscience.
- ◆ calls upon God on behalf of the particular public gathered.
- ◆ uses forms and vocabulary that allow persons of different faiths to give assent to what is said.
- ◆ uses language most widely understood in the audience, unless one purpose of the event is to express ethnic/cultural diversity, in which case multiple languages can be effective.
- ◆ remains faithful to the purpose of acknowledging divine presence and seeking blessing, not as opportunity to preach, argue or testify.

- Seek guidance from chaplain & line supervisors and colleagues. Chaplains are part of a noble and venerable history and tradition of participating fully in military life, to include its ceremonies. Although it is not our intention to prescribe a certain approach, preamble or formula for public prayer, we all have observed chaplains, representing the spectrum of faith group diversity, who also provided public prayers, consistent with their respective faith traditions, in a style and manner which provided no occasion for offense or exclusion of any member of the audience. Therefore, consult and tap into the rich resources available, with supervisory chaplains ensuring that this and similar matters are routinely addressed in training forums.
- Supervisory chaplains should be sure to know the faith group norms of subordinate chaplains, with their concomitant styles and restrictions. Workload equity which is pertinent to duty rosters and routine or special assignments can then be addressed fairly and comprehensively.
- Subordinate chaplains should notify supervisory chaplains about conscience and ecclesiastical requirements in these matters.
- Implementing policies of the Military Services speak to the chaplain's right and obligation to conduct denominational services as required by their respective faith groups. Chaplains will not be required to take part in collective worship when such participation is at variance with the tenets of their faith. Because military and patriotic ceremonies are not considered as faith-specific religious services, the inclusion of prayers, readings and all that is performed are done so in this light. Therefore, it is the chaplain's sound judgment, discretion and good taste which are relied upon and encouraged.

**Considerations in the Art of Prayer.** Similar to other forms of public speech, such as reading, preaching and teaching, the effective delivery of public prayer is also an art. Therefore, successful ritual, religious and civic, requires successful communication. Prayer, at a minimum, is two-fold in character: content and process (medium). There are as many competency issues associated with public prayer as there are Constitutional concerns, and they should not be confused. Whenever we claim our rights to do something, we should also be aware of our responsibility to do it well. The following guiding principles are suggested as ways in which to discuss public prayer in non-faith specific forums:

3

- Effective prayer requires:

    - Awareness of the setting's purpose.
    - Reason for the assemblage.
    - Affirmation of the corporate, collective identity, not individual distinctions beyond those who may be honored by the ceremony and a recognition of the transcendent reality of the prayer.
    - Predictable language.

- No group is completely homogenous and will identify completely with all that is done in ritual ceremonies. The style, demeanor and goodwill of the prayer giver—and the prayer's tone—is as important to the civic occasion as the prayer's content. Words by themselves are not yet communication. Cues are still necessary, such as pace, tempo, and body language.

- When discussing the merits of a particular approach or style, it is important to acknowledge that sound values tend to compete with one another. In the final analysis, however, we are responsible for the prayers we offer.

- We have options. We are capable of creating insight, meaning, and evoking emotions through our prayers. Prayer is both a "head and heart" event.

- Certain questions may be asked to enhance our considerations:

    - Is the chaplain praying in behalf of the assembled audience, or is the chaplain leading the audience in prayer?
    - Is the occasion for prayer to be the central focus of the event?
    - Because there isn't consensus on what prayer is (for example, some contend that only private prayer is valid), how will the chaplain "define the moment" of public prayer?
    - Because it is the case of any/all communal events that individuals "give up" something, what is the prayer and the prayer-giver giving up or asking others to give up?
    - Is public prayer "our own prayer," a private prayer, or does it somehow belong to the moment or to the occasion?
    - Who is requesting the prayer? What are the expectations of the requester(s)?

**Conclusion:** Our conclusion is: there is no conclusion! This and other issues relating to our public ministries require constant attention, discussion and call from us our best professional efforts. All of us have heard a Service member say, "Chaplain, your words in last night's evening prayer really meant something to me." Or, "Chaplain, you helped establish the proper climate through your remarks." Our opportunities for public utterance are not neutral in effect, and they represent an enormous privilege, but also a profound responsibility.

4