CV
Relevant Education and Experience
Harald R. Leuba, PhD

**Education:**

| Year | Degree/Program | Institution |
|---|---|---|
| 1958 | B.S. Mathematics and Physics | New Mexico State University, Las Cruces, NM |
| 1960 | Graduate Study - Mathematics | University of Washington, Seattle, WA |
| 1963 | M.S. Psychology and Statistics | George Washington University, Washington, D.C. |
| 1964 | M.A. Psychology | Johns Hopkins University, Baltimore, MD |
| 1965 | PhD Psychology and Operations Research | Johns Hopkins University, Baltimore, MD |
| 1966 | Post Doctoral Research - Quantification of Human Performance | National Science Foundation Fellowship, Johns Hopkins University, Baltimore, MD |
| 1971 | National Security Seminar | Industrial College of the Armed Forces, Fort McNair, Washington, DC |
| 1972 | Resident Executive Program | Federal Executive Institute, Charlottesville, VA |

**Experience:**

| Years | Position | Organization |
|---|---|---|
| 1954-1958 | Co-op Engineer | **White Sands Missile Test Facility**, White Sands NM |
| 1958-1960 | Junior Engineer | **Boeing Airplane Company**, Seattle, WA |
| 1958-1960 | Instructor, Statistics | **Seattle University**, Seattle, WA |
| 1960-1967 | Mathematician / Human Factors Engineer / Operations Research Engr / Group Supervisor | **ARINC Research Corporation**, Washington, DC etc |
|  | Senior Scientist/OpsRes | ARINC Research Corporation, Annapolis, MD |
| 1964-1967 | Associate Professor / Human Engineering / Statistics & Experimental Design | **Johns Hopkins University**, Baltimore, MD |
| 1967-1975 | Operations Research Analyst / Manpower Analyst | **Office of the Secretary of Defense**, Arlington, VA |
|  | NATO Analyst | **Office of the Secretary of Defense** |

|  |  |  |
|---|---|---|
|  | Director, Support Utilization Division |  |
|  | Director, Nuclear Weapons and Planning |  |
| 1970-71 | Congressionally Required Study |  |
|  | Leader, Analysis of Navy Training Activities in Culebra and Vieques, PR |  |
| 1973-1974 | Presidential Executive Interagency Detail |  |
|  | Leader- Task Force on Performance Evaluation | **U.S. Civil Service Commission** |
| 1975-1976 | Program Manager | **Enviro Control Incorporated,** Prime Contractor |
|  | Smoking & Health | to **National Cancer Institute**, Rockville, MD |
| 1976-1977 | Vice President | **Smithsonian Institution**, Washington, DC Science Information Exchange |
| 1977-1979 | Vice President, Energy | **Evaluation Research Corporation**, Falls Church, VA |
| 1979-1992 | Director, Resource Development | **Jack Faucett Associates**, Bethesda, MD |
| 1980-1981 | Senior Scientist | **Doty Associates**, Rockville, MD |
| 1980-Present | President/CoFounder | **CONTEXT**, Washington, DC |
|  | Consultant/Expert Witness on Environmental Analysis Data Validation and Statistical Analysis for |  |
|  |  | **Superfund Response Management** |
|  |  | **The US Navy** |
|  |  | **The US General Accounting Office** |
|  |  | **The US Department of Commerce** |
|  |  | **Edison Electric Institute** |
|  |  | **Logistics Management Institute** |
|  |  | **Oak Ridge National Laboratory** |
|  |  | **Federal Mine Safety and Health Review Commission** |
|  |  | **Consumer Product Safety Commission** |
|  |  | **National Bureauy of Standards** |
|  |  | **National Paint and Coatings Association** |
|  |  | **National Bottled Water Association** |

| | |
|---|---|
| and Licensed General Contractor | **The House Doctor** |
| Remodeling | Maryland, |
| Endless Pools | Virginia and the |
| Four Seasons Sunrooms | District of Columbia |

**Minor Legal Experience**

| | |
|---|---|
| Plaintiff and Defendant in Civil Court | Montgomery County |
| Jury Duty | Alexandria City |
| | Montgomery County |

Expert Witness re Navy Training Activities in Puerto Rico
Expert Witness re Superfund Activities at Acme Solvent Recovery
                                                                       Lowry Landfill (Denver, Colorado)
                                                                       Smith Farm (Louisville, Kentucky)
Indexer for Administrative Law Decisions of Federal Mine Safety and Heath Review
                                                       Commission.

| | |
|---|---|
| Member and Chair | Montgomery County Animal Matters |
| | Hearing Board |

**Major projects of relevance to this Litigation:**

Manpower Requirements studies in the Pentagon (including Navy Manpower)
Special Project Officer - re Marine Chaplains in Vietnam
Headquarters and Command and Control studies in the Pentagon
      (Including a review for SECDEF of ALL headquarters world wide)
Data Validation studies for Department of Energy and Oak Ridge National
      Laboratories
of all Federal Data systems related to US Energy supply, use and conservation
Data Forensics (circumstance reconstruction) for Litigation Attorneys in Superfund PRP groups
Performance Evaluation Task Force with US Civil Service Commission (one platform
      was a Navy facility)
Officer Efficiency Report review in the Pentagon - for DOC Cooke
Reviewing and Indexing the Decisions of the Federal Mine Safety and Health Review Commission
Information Theory applications to data uncertainty, and reconstruction of information sets based on data structure and number rules.
Regression and statistical analysis of aircraft reliability and maintainability (ARINC)

Statistical analysis of aircraft accidents (for Boieng Airplane Company)
Data collection and statistical analysis for all energy production, world wide (DOD)


**Expert Declarations in this matter:**

A.  Declaration of Harald R. Leuba, in The United States District Court for the District of Columbia, Case Number 1:99CV002945(RMU), in the matter of Chaplaincy of Full Gospel Churches v The Honorable Richard J. Danzig, et. al., ~~10~~ 15 June 2000.

B.  Declaration of Harald R. Leuba, in The United States District Court for the District of Columbia, Case Number 1:99CV002945(RMU), in the matter of Chaplaincy of Full Gospel Churches v The Honorable Gordon R. England, 12 May 2002.

C.  Declaration of Harald R. Leuba, United States District Court, Southern District of California, Case No. 99cv2272-TW (LSP) in the matter of Lieutenant Patrick M. Sturm v The United States Navy, 18 May 2002.

D.  Declaration of Harald R. Leuba, United States District Court, Southern District of California, Case No. 99cv1579 in the matter of Ronald Wilkins v United States of America, et. al., 29 April 2003.

E.  Supplemental Expert Opinion of Harald R. Leuba, United States District Court, Southern District of California, Case No. 99cv1579 in the matter of Ronald Wilkins v United States of America, et. al., 12 October 2003.

F.  Addendal Declaration of Harald R. Leuba, United States District Court, Southern District of California, Case No. 99cv1579 in the matter of Ronald Wilkins v United States of America, et. al., 17 February 2005.

G.  Addendal Declaration of Harald R. Leuba, United States District Court for the District of Columbia, Case No. 99cv0028945(RMU) in the matter of Chaplaincy of Full Gospel Churches v The Honorable Gordon R. England, 31 March 2005.

H.  Reclama of Harald R. Leuba, United States District Court, Southern District of California, Case No. 99cv1579 IEG (BLM) in the matter of Ronald Wilkins v United States of America, et. al., 7 April 2005.

I.  Compendium Declaration of United States District Court, Southern District of California, Case No. 99cv1579 IEG (BLM) in the matter of Ronald Wilkins v United States of America, et. al., 9 June 2005

J.  Predicting Board Decisions from the Navy's Board Assignments - an Information Theory Supplement to - the Compendium Declaration of Harald R. Leuba, PhD in the United States District Court for the District of Columbia, Case No. 99cv0028945(RMU) in the matter of Chaplaincy of Full Gospel Churches v The Honorable Gordon R. England, 5 August 2005

K.  Codicil Declaration, A Further Look at the Correlation between the Denomination of Promotion Board Members and the Promotion Probabilities of Candidates with "Matching" Denominations, in the United States District Court for the District of Columbia, Case No. 99cv0028945(RMU) in the matter of Chaplaincy of Full Gospel Churches v The Honorable Gordon R. England, 12 August 2005

L.  Leuba, Harald R., <u>Declaration: The Question of Denominational Preference in U.S.Navy Chaplain Corps' Accessions</u>, United States District Court for the District of Columbia, Case No. 02CV02005 in the matter of Rev. Charles E. Larsen, et al., v The United States Navy, et al. 3 October 2005. [Withdrawn, see ¶1 here.]

M.  Leuba, Harald R., <u>Appendage Declaration: The Question of Denominational Preference in U.S. Navy Chaplain Corps' Accessions: An Extension to a prior Statistical Examination</u> United States District Court for the District of Columbia, Case No. 02CV02005 in the matter of Rev. Charles E. Larsen, et al., v The United States Navy, et al. 24 November 2005.

N.  Rebuttal, Reproval and Reconciliation - Explicating the Apparent Conflicts Between Dr. Siskin's Data Presentations and Mine, Declaration of Harald R. Leuba, PhD in the United States District Court for the District of Columbia, Case No. 99cv0028945(RMU) in the matter of Chaplaincy of Full Gospel Churches v The Honorable Donald C. Winter, et al. 21 June 2006

O.  Declaration Withdrawal and Correction, Declaration of Harald R. Leuba, PhD in the United States District Court for the District of Columbia, Case No. 02CV02005 in the matter of Rev. Charles E. Larsen, et al., v The United States Navy, et al. 27 September 2006.