# TABLE 1
## All Chaplains in the Navy's C/A/R/E Advisory Group database who requested a change of Endorser (1985-2005)

| Record # | Bates # | Lineof | Tl | Memo Date | Candidate | Request | | Recommendation | Decision |
|---|---|---|---|---|---|---|---|---|---|
| 144 | LAR01323 | 11 | 11 | 19-Jul-96 | Andraeas, Alan | CHANGE | from AG to Charismatic Epis. | change approved | CHY |
| 5030 | LAR01323 | 10 | 11 | 19-Jul-96 | Lewis, Kenneth | CHANGE | from UM to Charismatic Epis. | change approved | CHY |
| 4996 | LAR01330 | 10 | 10 | 31-May-96 | Han, Jefferey T. | CHANGE | from Evang Presby to Charismatic Epis | Change Approved | CHY |
| 1038 | LAR01383 | 5 | 5 | 13-Feb-97 | Cayangynag, Jerome | CHANGE | from Southern Baptist to Charismatic Episcopal | change approved | CHY |
| 5124 | LAR01383 | 4 | 5 | 13-Feb-97 | Pelikan, Philip | CHANGE | from Foursquare Gospel to Charismatic Episcopal | Change Approved | CHY |
| 5088 | LAR01390 | 7 | 7 | 16-Oct-96 | Hogg, Michael S. | CHANGE | from CGCT to PUSA | change approved | CHY |
| 5446 | LAR01392 | 5 | 5 | 17-Sep-98 | McGarthy, Charles | CHANGE | from Southern Baptist Convention to the Cooperative Baptist Fellowship | Change Approved | CHY |
| 5448 | LAR01392 | 4 | 5 | 17-Sep-98 | Pope, James J. | CHANGE | from SB to Co-operative Baptist Fellowship | Change Approved | CHY |
| 5396 | LAR01396 | 11 | 12 | 22-Jul-98 | Harwood, James | CHANGE | from SBC to Cooperative Baptist Fellowship | change approved | CHY |
| 5486 | LAR01421 | 2 | 3 | 16-Dec-98 | Williams, Randy | CHANGE | from SBC to PCA | Change Approved | CHY |
| 6190 | LAR01842 | 8 | 8 | 9-Jan-02 | Ortiz, Carlos | CHANGE | from SB to Reformed Epis | Approved | CHY |
| 6192 | LAR01842 | 7 | 8 | 9-Jan-02 | Pennell, Grady | CHANGE | from CMA to IFCA | Approved | CHY |
| 6196 | LAR01842 | 6 | 8 | 9-Jan-02 | Pope, Mylon D. | CHANGE | from W to CharEpis | Approved | CHY |
| 6352 | LAR01859 | 9 | 11 | 28-Aug-02 | Fornea, Stanley W. | CHANGE | from SB to EPIS | Approve Transfer | CHY |
| 6364 | LAR01859 | 10 | 11 | 28-Aug-02 | Spain, Mark | CHANGE | from SB to COOLBAPT | Approve Transfer | CHY |
| 6372 | LAR01861 | 4 | 4 | 9-Sep-02 | Jolly, William D. | CHANGE | from CMA to SDA | Approve Transfer | CHY |
| 6450 | LAR01877 | 5 | 5 | 30-Jan-03 | Taylor, Thomas | CHANGE | from RC to National Catholic Apostolic Church | Change Approved | CHY |
| 6526 | LAR01888 | 6 | 6 | 6-May-03 | McGuffin, Frederick | CHANGE | from SB to BGCT | Change Approved | CHY |
| 6528 | LAR01888 | 5 | 6 | 6-May-03 | McKay, Daniel | CHANGE | from SB to BGCT | Change Approved | CHY |
| 6896 | LAR01946 | 4 | 4 | 14-Mar-05 | Stallard, William | CHANGE | from SB to Cooperative Baptist | Change approved | CHY |
| 5648 | UNK doc 2 Navy data | | | 25-Aug-99 | McGaha, Robert K. | EFCA | from PUSA to EFCA | denom transfer approved | CHY |
| 5652 | UNK doc 2 Navy data | | | 25-Aug-99 | Unger, Steven | CB | from SB to Cooperative Baptist | denom transfer approved | CHY |