

**DEPARTMENT OF THE NAVY**
NAVAL STATION NORFOLK
1530 GILBERT STREET SUITE 2000
NORFOLK VA 23511-2722

IN REPLY REFER TO:
5800
Ser N01L/
16 DEC 05

From: Commanding Officer, Naval Station Norfolk
To:   LT Gordon J. Klingenschmitt, CHC, USN

Subj: WEARING OF NAVAL UNIFORM AT PUBLIC VENUES

Ref:  (a) Your letter of 15 Dec 05
      (b) U. S. Navy Uniform Regulations, Para 1401.3.b

1. It has come to my attention by reference (a), that you intend to appear on the Bill O'Reilly TV Show on Fox Television on Monday evening, 19 December 2005. It is clear that the purpose of your appearance is to support personal or partisan views on political, social, or religious issues.

2. In accordance with reference (b), I direct you not to wear your uniform for this appearance or for any other media appearance without my express prior permission.

3. Violation of this order may result in disciplinary action under the Uniform Code of Military Justice.

L. E. PYLE, JR.

This is a true and exact copy of the original letter which I delivered to Chaplain Gordon Klingenschmitt at __1430__ hours on Friday, 16 December 2005.

NORMAN D. HOLCOMB, JR., CAPT, CHC, USN

~~I acknowledge receipt of the original letter represented by this copy.~~
I hereby appeal to the President of the United States, citing my constitutional right
GORDON J. KLINGENSCHMITT, LT, CHC, USNR   to petition the government for redress of wrong

I was present when the original letter was delivered to Chaplain Klingenschmitt and hereby attest that this a true and exact copy of the original letter.

RICHARD W. INMAN, LCDR, CHC, USN

E

**NAVY UNIFORM REGULATIONS**

in an official capacity. Officers and enlisted attending military or civilian funerals in uniform may wear mourning badges at their discretion.

    b. <u>Wear</u>. Officers wear the mourning badge on the left sleeve of the outergarment, halfway between the shoulder and elbow. Enlisted personnel wear the mourning badge on the right sleeve of the outergarment, halfway between the shoulder and elbow. The badge is 3 inches wide and made of black crepe, long enough to fit around the arm. When wearing the sword, officers also wear a mourning badge 3 inches wide and 20 inches long, knotted in the middle at the sword hilt.

    3. <u>WHITE GLOVES</u>. Officers may be required to wear white gloves at military funerals. Enlisted personnel may be required to wear white gloves at military funerals if gloves are provided at no cost to the individual. Officers and enlisted personnel may wear white gloves at other funerals but only during the actual ceremonies unless white gloves are an authorized part of their uniforms being worn.

6405. <u>RELIGIOUS DRESS AND APPEARANCE PRACTICES</u>

    1. <u>DEFINITION OF RELIGIOUS APPAREL</u>. Religious apparel is defined as articles of clothing worn as part of the doctrinal or traditional observance of the religious faith practiced by the member. Hair and grooming practices required or observed by religious groups are not included within the meaning of religious apparel.

    2. <u>NORMAL DUTY HOURS</u>. Religious items or articles not visible or otherwise apparent may be worn with the uniform, provided they do not interfere with the performance of the member's military duties, or interfere with the proper wearing of any authorized article of the uniform.

    3. <u>ORGANIZED WORSHIP SERVICES</u>. Navy personnel may wear any required religious apparel distinct to their faith group with the uniform while in attendance of organized worship services.

    4. <u>CHAPLAINS</u>. Chaplains have the option of wearing their uniform when conducting worship services and during the performance of rites and rituals distinct to their faith groups. Chaplains conducting such services, rites and rituals, may wear any religious apparel required by their faith groups.

*Navy lawyers authorize uniform during prayers*

**From:** Morin, Christopher N N1NT\CNP Legal
**Sent:** Tuesday, January 03, 2006 3:45 PM
**To:** White, Edward S. CAPT CNRMA SJA
**Subject:** RE:

Ed, Jim Morgan (an expert on "statutory construction") and I agree with your interpretation of the clause at issue -- one may wear the uniform while participating in a bona fide religious service or observance. R/Chris

-----Original Message-----
**From:** White, Edward S. CAPT CNRMA SJA
**Sent:** Tuesday, January 03, 2006 12:55 PM
**To:** Morin, Christopher N N1NT\CNP Legal
**Subject:**

Chris,

I was perusing LT Klingenschmitt's web site this morning, and noticed a recent posting of this morning, 3 JAN 06. It is his response, so to speak, to the order from CO NAVSTA Norfolk not to wear his uniform for his then-expected appearance on the O'Reilly Factor on Fox News, or for any other media appearance. The letter cited para. 1401.4 as authority for the order. (I've pasted the section in below). Since then, LT K has been saying that the Navy has stripped him of his ability publicly say, or pray in, the name of Jesus in uniform. Of course, that is not what the CO's order said, nor is it what was meant. From looking at today's post, *it looks to me* like he is reading section 1401.4 of the uniform regs, to which the letter cited, to read that wearing the uniform is prohibited when attending or participating in a boda fide religious service or observance. So, I went back to look at the uniform regs again. I think the confusion, to the extent that it is not deliberately contrived, is over the use of the semi-colon just before the phrase "or incident to attending or participating in a bona fide religious service or observance." I had assumed on first reading the section that the or clause went with the prior clause, that begins "except as authorized . . . " In other words, I read the paragraph to mean that you MAY wear your uniform (a) as authorized by competent authority or (b) incident to attending or participating in a bona fide religious service or observance. Is my reading correct.

While the uniform regulations are issued by direction of the CNO, I gather N1/CNP is the CNO's agent for uniform related matters, and so more or less "owns" the instruction. So, that is why I am writing to you. If CNP does in fact "own" the uniform regs, can you get us a more or less authoritative interpretation of what para. 1401.4(b) means?

Thanks. vr, Ed

Edward S. White
CAPT, JAGC, USN
Staff Judge Advocate / Legal Program Director
Commander, Navy Region Mid-Atlantic
1510 Gilbert Street, Norfolk, VA 23511-2737
Tel: (757) 322-2934 / DSN 262-2934
Fax: (757) 444-5445 / DSN 564-5445
Email: edward.s.white@navy.mil



**DEPARTMENT OF THE NAVY**
NAVAL STATION NORFOLK
1530 GILBERT STREET SUITE 2000
NORFOLK VA 23511-2722

IN REPLY REFER TO:

1020
Ser /N01L
6 Jan 06

From: Commanding Officer, Naval Station Norfolk
To:   LT Gordon J. Klingenschmitt, CHC, USNR

Subj: REQUEST TO WEAR UNIFORM DURING PUBLIC WORSHHIP

Ref: (a) Subject request of 3 JAN 06
     (b) CO NAVSTA Norfolk ltr of 16 DEC 05
     (c) U.S. Navy Uniform Regulations
     (d) Your email of 4 JAN 06

1. In reference (a), you seek clarification of the order delivered to you by reference (b). That order directed you not to wear your uniform for a scheduled appearance on the Bill O'Reilly television show. It was clear the purpose of your appearance on the O'Reilly show was to support personal or partisan views on political, social and religious issues. Reference (c), U.S. Navy Uniform Regulations, prohibits members of the naval service from engaging in such activities while in uniform. The order further prohibited you from wearing your uniform for any other media appearance without express prior permission. The order did not direct that you "may not wear (your) uniform in public if (you) talk about religion or if TV cameras may be present."

2. "Media appearances," as used in reference (b) meant interviews, press conferences, press availabilities, and similar events, like the scheduled interview on the Bill O'Reilly show, where you deliberately engage with the press to express personal views.

3. Reference (b) did not contradict or supersede reference (c) in any way. Its purpose was simply to apply the general rule to specific facts. Neither does reference (b) narrow the scope of reference (c) in any way. So, for example, while reference (b) only addressed the application of reference (c) in the context of media appearances, reference (c) itself prohibits the wearing of the naval uniform in a much broader range of situations, even situations in which no media are present. You are obliged to obey both references (b) and (c).

Subj: REQUEST TO WEAR UNIFORM DURING PUBLIC WORSHHIP

4. Reference (c) permits a member of the naval service to wear his or her uniform, without obtaining authorization in advance, incident to attending or participating in a bona fide religious service or observance. 

5. In reference (d), you state that you have been invited to participate this weekend, in uniform, in what you characterize as "bona fide public worship." In the email, you appear to seek command approval of your assertion that the event to which you refer constitutes a "bona fide religious service or observance" under the Uniform Regulations, and that you do not require advance authorization to wear your uniform at such events.

    a. I understand your request to participate in this event in uniform to be a request to participate in your personal capacity, and not in your official capacity or as part of your official duties. I further understand this event to be distinct and separate from your letter to the President of 29 December 2005, where you requested to conduct a public worship service "on duty, in uniform ...... inviting public media to attend."

    b. Based on the limited information about this event that you have provided, including your statement to the Executive Officer that the event was being organized by a clergy lobbyist group, I have strong reservations about whether this event will, indeed, be a bona fide religious service or observance, rather than a demonstration or assembly to promote personal or partisan views on political, social or religious issues. Accordingly, I recommend that you not wear your uniform for this event.

    c. Notwithstanding my recommendation, you must use your own best judgment to evaluate the facts and conform your conduct to regulations.

    d. If, despite my recommendation, you choose to participate in this event in uniform, you should limit your participation, while in uniform, to the "bona fide religious service or observance." If the event becomes a demonstration or assembly of personal or partisan views you are directed to ensure that you conform to the guidance as specified in reference (c). You should not, while in uniform, give interviews, make speeches, or otherwise engage in public advocacy of personal or partisan views on political, social or religious issues.

2

Subj: REQUEST TO WEAR UNIFORM DURING PUBLIC WORSHHIP

    e. Nothing in this letter should be understood to indicate agreement with your assertion that this event is, indeed, a bona fide religious service or observance. If you choose to attend and participate in this event in uniform, any judgment about the appropriateness of your having participated in the event in uniform will be made subsequent to the event, with reference to the actual facts and circumstances.

6. I trust this clarification and guidance will assist you in your efforts to conform your conduct to the necessarily high standards expected of all naval officers.

                                    W. W. CROW
                                    By direction

Copy to:
CAPT N. D. Holcomb, JR, CHC, USN

3