UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD C. WINTER<br>In his Official Capacity as Secretary,<br>DEPARTMENT OF THE NAVY,<br><br>　　　　Defendant. | Civil Action No. 06-01832 (HHK) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION AND AN EXPEDITED DISCOVERY SCHEDULE**

Defendant requests leave of the court to file the attached sur-reply brief in opposition to Plaintiff's motions for a preliminary injunction and an expedited discovery. The attached brief is necessary to correct several material misstatements of law and fact made in Plaintiff's reply briefs. Specifically, Plaintiff relies on a regulation the Navy cancelled two years ago, misstates key facts about Plaintiff's loss of ecclesiastical endorsement, introduces an irrelevant declaration from an expert in violation of the local rules of this court, and erroneously accuses the Defendant of conceding arguments that Plaintiff did not even raise in his motion for a preliminary injunction.

Pursuant to LcvR 7(m), Defendant conferred with Plaintiff and asked for his consent to the filing of this sur-reply, but Plaintiff refused to consent.

Wherefore, Defendant requests that this court grant leave to file the attached sur-reply brief.

| | |
|---|---|
| Dated: <u>December 12, 2006</u> | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFERY A. TAYLOR<br>United States Attorney |
| | VINCENT M. GARVEY<br>Deputy Branch Director |
| Of Counsel:<br>Lieutenant Commander Thomas Leary<br>Lieutenant Katy Pasieta<br>Office of the Judge Advocate General<br>Department of the Navy<br>Washington Navy Yard, Bldg 33<br>1322 Patterson Ave., S.E., Suite 3000<br>Washington, D.C.  30274-5066 | **/s/ Michael P. Abate**<br>MICHAEL P. ABATE<br>Attorney, Civil Division<br>U.S. Department of Justice<br>P.O. Box 883<br>20 Massachusetts Ave., N.W., Room 7302<br>Washington, D.C. 20530<br>Telephone: (202) 616-8209<br><br><u>Attorneys for Defendants</u> |