**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHAPLAIN GORDON JAMES KLINGENSCHMITT,

Plaintiff,

v.

DONALD C. WINTER
In his Official Capacity as Secretary,
DEPARTMENT OF THE NAVY,

Defendant.

Civil Action No. 06-01832 (HHK)

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND TO SHORTEN PLAINTIFF'S TIME TO RESPOND TO THIS MOTION FOR AN EXTENSION OF TIME**

Defendant Donald C. Winter, Secretary of the Navy ("Defendant"), hereby moves the court for a 14-day extension of time to and including January 9, 2007 to file a response to Plaintiff's Complaint. Defendant also moves this court to shorten the time in which Plaintiff must respond to this motion for an extension of time. In support of these requests Defendant hereby states the following:

1. Defendant hand-served its complaint upon the United States Attorney for the District of Columbia on October 26, 2006. Under Federal Rule of Civil Procedure 12(a)(3)(A), the United States must respond to that complaint by December 26, 2006, which is 60 days after the complaint was served. Undersigned counsel expects to be out of the office on the date the brief is due.

2. To date, Defendant's counsel has been unable to devote its full attention to addressing

Plaintiff's complaint because it has been engaged in briefing Plaintiff's motions for a preliminary injunction and an expedited discovery schedule and in preparing a sur-reply in opposition to those motions.

3. Pursuant to LCvR 7(m), Defendant's counsel conferred with Plaintiff's counsel on December 12, 2006 and asked his consent to the 14-day extension of time. Plaintiff's counsel refused to consent unless Defendant would agree not to separate Plaintiff from service on January 31, 2007.

4. Under local rules, Plaintiff is entitled 11 days to respond to Defendant's motion for extension of time. See LCvR 7(b). If that time is not shortened, Plaintiff's opposition to this motion will not be due until December 26, 2006 – the day Defendant's response to the complaint is due.

Wherefore, Defendant requests that this court grant an extension of time for Defendant to file its response to the complaint to and including January 9, 2007. Moreover, Defendant requests that Plaintiff's time for opposing this request for an extension of time be shortened to three (3) days, making his response due on December 15, 2006.

Dated: December 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

**/s/ Michael P. Abate**
MICHAEL P. ABATE
Attorney, Civil Division
U.S. Department of Justice

Of Counsel:
Lieutenant Commander Thomas Leary
Lieutenant Katy Pasieta
Office of the Judge Advocate General

Department of the Navy
Washington Navy Yard, Bldg 33
1322 Patterson Ave., S.E., Suite 3000
Washington, D.C. 30274-5066

P.O. Box 883
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20530
Telephone: (202) 616-8209

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHAPLAIN GORDON JAMES KLINGENSCHMITT,

Plaintiff,

v.

DONALD C. WINTER
In his Official Capacity as Secretary,
DEPARTMENT OF THE NAVY,

Defendant.

Civil Action No. 06-01832 (HHK)

**ORDER**

Defendant's motion to shorten Plaintiff's time to respond to Defendant's request for a 14-day extension of time to and including January 9, 2007 to file a response to Plaintiff's Complaint is hereby GRANTED. Plaintiff's opposition to that Motion is due on Friday, December 15, 2006.

DATED: ___________________

_____________________________________
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT, Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-01832 (HHK) |
| DONALD C. WINTER In his Official Capacity as Secretary, DEPARTMENT OF THE NAVY, Defendant. | ) | |

**ORDER**

Defendant's motion for a 14-day extension of time to and including January 9, 2007 to file a response to Plaintiff's Complaint is hereby GRANTED.

DATED: ____________________

______________________________
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE