UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>In his Official Capacity as Secretary<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Civil Action 06-01832 (HHK) |

ORDER

Before the court is plaintiff Klingenschmitt's motion for a preliminary injunction [#3]. Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that Klingenschmitt has not met the rigorous requirements for obtaining such a remedy. To the extent he seeks redress for harms he suffered in the past, an injunction can afford him no relief. To the extent he seeks an order preventing the Navy from terminating his employment, such harm is not irreparable, as it must be to warrant preliminary injunctive relief. *See Sampson v. Murray*, 415 U.S. 61, 91–92 (1974). Accordingly, it is by the court this 3rd day of January, 2007, hereby

   **ORDERED** that plaintiff's motion for a preliminary injunction is **DENIED**.


Henry H. Kennedy, Jr.
United States District Judge