## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No.: 06CV 1832 (HHK)** |
| **v.** | ) | |
| | ) | |
| **DONALD C. WINTER, in his Official Capacity as Secretary of the Navy,** | ) | **NOTICE OF APPEAL** |
| | ) | |
| **Defendant,** | ) | |

### PLAINTIFF'S NOTICE OF APPEAL OF THE COURT'S JANUARY 4, 2007 ORDER DENYING A PRELIMINARY INJUNCTION

Notice is hereby given that plaintiff, Chaplain Gordon James Klingenschmitt, appeals to the United States Court of Appeals for District of Columbia Circuit from an order of the United States District Court for the District of Columbia, entered January 4, 2007, denying plaintiff's motion for a preliminary injunction in the captioned proceeding.

Respectfully submitted,


   /s/ William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Notice of Appeal was served on all parties by

delivering a copy thereof via the Court's electronic filing, on this 24th day of January 2007 to:

Michael P. Abate
Trial Attorney
United States Department of Justice
Federal Programs Branch
PO Box 883
Washington, DC 20530
Tel: (202) 616-8209
Fax: (202) 616-8470
michael.abate@usdoj.gov

__/s/ William P. Farley_____
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff