UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT,**<br><br>                                Plaintiff,<br><br>                    v.<br><br>**DONALD C. WINTER,**<br>**In his Official Capacity as Secretary**<br>**DEPARTMENT OF THE NAVY,**<br><br>                                Defendant. | Civil Action 06-01832 (HHK) |

## ORDER

Plaintiff has filed a motion for reconsideration [#29] and a motion for a temporary restraining order [#30]. It is this 24th day of January, 2007, hereby

**ORDERED** that defendant shall file any response he may have to these motions on or before January 29, 2007.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge