UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**DONALD C. WINTER,**<br>**In his Official Capacity as Secretary**<br>**DEPARTMENT OF THE NAVY,** | Civil Action 06-01832 (HHK) |

### ORDER

Before the court are plaintiff's motion for reconsideration [#29] of this court's January 4, 2007, order denying his motion for a preliminary injunction and his emergency motion for a temporary restraining order [#30]. Upon consideration of these motions and the responses thereto, the court determines that they should be denied. Accordingly, it is by the court this 31st day of January, 2007, hereby

**ORDERED** that each of these motions [##29, 30] is **DENIED**.

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge