UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**DONALD C. WINTER,**<br>**In his Official Capacity as Secretary**<br>**DEPARTMENT OF THE NAVY,**<br><br>        **Defendant.** | Civil Action 06-01832 (HHK) |

**ORDER TO STAY**

Before the court is defendant's emergency motion for a protective order [#42]. The court will grant the motion. Accordingly, it is by the court this 28th day of February, 2007, hereby

**ORDERED** that defendant's emergency motion for a protective order is **GRANTED**; and it is further

**ORDERED** that all discovery be and is hereby **STAYED** until the court has resolved defendant's pending motion to dismiss..

                     Henry H. Kennedy, Jr.
                     United States District Judge