UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT, )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD C. WINTER )<br>In his Official Capacity as Secretary, )<br>DEPARTMENT OF THE NAVY, )<br><br>Defendant. ) | Civil Action No. 06-01832 (HHK) |

**NOTICE OF PLAINTIFF'S SEPARATION FROM NAVY SERVICE**

Through this Notice, Defendant hereby informs the court of factual developments related to Defendant's Motion to Dismiss (Docket #22). On February 27, 2007, the U.S. Court of Appeals for the D.C. Circuit denied Plaintiff's request for an injunction pending appeal of this court's January 4, 2007 order (denying Plaintiff's motion for a preliminary injunction). Plaintiff was separated from Navy service two days later, on March 1, 2007.

Dated: March 2, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

Of Counsel:
Lieutenant Commander Thomas Leary
Lieutenant Katy Pasieta

/s/ *Michael P. Abate*
MICHAEL P. ABATE
Attorney, Civil Division

| | |
|---|---|
| Office of the Judge Advocate General<br>Department of the Navy<br>Washington Navy Yard, Bldg 33<br>1322 Patterson Ave., S.E., Suite 3000<br>Washington, D.C.  30274-5066 | U.S. Department of Justice<br>P.O. Box 883<br>20 Massachusetts Ave., N.W., Room 7302<br>Washington, D.C. 20530<br>Telephone: (202) 616-8209<br><br><u>Attorneys for Defendants</u> |