UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAIN GORDON JAMES KLINGENSCHMITT,**<br><br>                              **Plaintiff,**<br><br>             v.<br><br>**DONALD C. WINTER,**<br>**In his Official Capacity as Secretary**<br>**DEPARTMENT OF THE NAVY,**<br><br>                              **Defendant.** | Civil Action 06-01832 (HHK) |

## ORDER OF DISMISSAL

For the reasons articulated in the court's memorandum opinion issued this same day, it is this 22nd day of August, 2007, hereby

**ORDERED** that this action is **DISMISSED**.

                                                                  Henry H. Kennedy, Jr.
                                                                  United States District Judge