UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAPLAIN GORDON JAMES KLINGENSCHMITT ) | ) |
| Plaintiff, | ) Civil No.: 06CV 1832 (HHK) |
| v. | ) |
| DONALD C. WINTER, in his Official Capacity as Secretary of the Navy, | ) NOTICE OF APPEAL |
| Defendant, | ) |

**PLAINTIFF'S NOTICE OF APPEAL OF THE DISTRICT COURT'S ORDER ENTERED ON AUGUST 21, 2007 GRANTING DEFENDANT'S MOTION TO DISMISS THE COMPLIANT**

Notice is hereby given that plaintiff, Chaplain Gordon James Klingenschmitt, appeals to the United States Court of Appeals for District of Columbia Circuit from the decision of this district court entered in the above captioned proceeding on August 21, 2007, and dated by the district court as of August 22, 2007, granting defendant's motion to dismiss the complaint and ordering the action dismissed.

Respectfully submitted,

  /s/ William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 x-115 (telephone)
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com
Counsel for Plaintiff

Participating Attorney for the Rutherford Institute

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Notice of Appeal was served on all parties by delivering a copy thereof via the Court's electronic filing, on this 27th day of August 2007 to:

Michael P. Abate
Trial Attorney
United States Department of Justice
Federal Programs Branch
PO Box 883
Washington, D.C. 20530
Tel.: (202) 616-8209
Fax: (202) 616-8470
michael.abate@usdoj.gov


   /s/ William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff