# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-5034**  **September Term, 2007**

06cv01832

Filed On:

Gordon James Klingenschmitt,
    Appellant

v.

Donald C. Winter, in his official capacity as Secretary, Department of the Navy,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED SEP 2 1 2007

**CLERK**

**BEFORE:**   Ginsburg, *Chief Judge*, and Sentelle and Tatel, *Circuit Judges*

## ORDER

Upon consideration of appellee's motion to dismiss appeal as moot, and the opposition thereto, it is

**ORDERED** that the motion be granted and this appeal is hereby dismissed as moot.

The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: *Cheri Carter*
Cheri Carter
Deputy Clerk